Fred M. **MYERS**

v.

Bedford F. **BOYLSTON, M.D.,** and L. Bruce **Althouse, M.D.,** and Polyclinic Medical Center.

Fred M. Myers

v.

L. Bruce **Althouse** and Polyclinic Medical Center.

Petition of Fred M. Myers.

Supreme Court of Pennsylvania.

July 21, 2000.

## *ORDER*

PER CURIAM:

**AND NOW,** this 21st day of July, 2000, the Petition for Allowance of Appeal is granted, limited to the following issue:

Whether the lower courts misapplied the standard for compulsory non-suit and/or directed verdict in determining whether Petitioner presented a prima facie case of negligence under a res ipsa loquitur theory.